

EXHIBIT A

DATE FILED 26CV11
February 4, 2026
CASE NUMBER: 2026CV11

Mesa County District Court

Adam Strege

Vs

Grand Junction Police Department Grand Junction CO Police Officer Nate Long in individual and official capacity

### Complaint

Pray God Loves Launch Nuclear Missiles exterminate all Earth People Pray legal fore all People in space Launch Nuclear Missiles exterminate all Earth people, God Loves Launch Nuclear Missiles at Grand Junction exterminate all earth people

*Plaintiff Adam Strege alleges defendants* Grand Junction Police Department Grand Junction CO Police Officer Nate Long *violate* C.R.S. § 13-21-131, 42 USC 1983, Title 13, Article 21 of the Colorado Revised Statutes C.R.S Tort Laws, Colorado, tortious interference with contract, 24-10-101 through 24-10-119, Colorado Constitution Article II, Bill of Rights, Section 4 Freedom Religion, Section 10 Freedom Speech, Section 25. *Due process of law*, Section 20 cruel and unusual punishments Colorado Anti-Discrimination Act (CADA), B21-1110 and Enhance Law Enforcement Integrity Act violated by *willful and wanton conduct* Grand Junction Police Department and Officer Nate Long *acting complete absence Jurisdiction not acting in Scope of Employment, Grand Junction Police murder and rob People human hearts put in Climax Uranium Mill and conspire to conceal putting billion Human Hearts in Nuclear fuel and Harmfully drug all peoples food*

*The Grand Junction Police know there actions are unlawful Adam told all the grand junction Police Adam sued the Grand Junction Police and Adam told Police to Type Adam Strege name into the internet Adam gets 20,000 Google web views everyday from lawsuits READ docnq.com Adam sent 20 million emails using Email Scanner and 10 Automatic Email senders Adam Gmail most all Colorado Government workers 2021*

*Adam Strege lived in New Mexico when the Colorado Court Appeals Dismiss Adam lawsuit Suing the Grand Junction Police Department and Climax Uranium*



EXHIBIT A

*mill about 10 Days Latter Adam getting off the Buss Layover the Police Follow and harass Adam 30 Minet about 1 Hour latter Adam Strege was robbed at Climax Uranium Mill Star Bucks Coffee worker told Adam he did not have to Purchase a water she would give Adam a Free water the Starbucks Worker said she was a CMU Drug Pharmacy Student that wanted to teach High School Chemistry   Starbucks Worker sexually flirted with Adam then Girl that Robed Adam talked with Starbucks Worker looking at Back Adam computer then Adam was siting inside and Girl was sitting Outside view Adam Computer Screen while Adam Book a Hotel then ATM and Credit Card both quite working Wells Fargo Bank Suspect Fraud and Closed the ATM and Credit Card and USPS mail new ones.*

*About 1 House after Being Robed Adam Called 911  Grand Junction CO Police Officer Ben Cooper took Police report 100% all Adam banking quite working with 800 Credit Score then Delta County Sheriff said Grand Junction CO Police Officer Nate Long requested Heath and Welfare check the AXIS Heath Psychologist Phone Call Adam said plea 5th Amendment right to remain silent and to not trespass property Adam land has gated entrance with no trespassing sign the Sheriff came to Adam Shed House Adam 30 times plea 5th Amendment Right to remain silent so Adam Strege Federal Lawsuit Officer Nate, Officer Ben Cooper, Delta County Sheriff Steve Beruj, Delta County Planning Department Director Federal Lawsuit Dismissed around 1/13/2026 two land surveyors parked in Adam driveway the surveyors widening Gravel Road to Brand New Gravel Pit so 98% road traffic mite be gravel trucks because all land has poison water veery few House and the Surveyors said the County Purchase 75 Acers beside Adam Strege land so Adam 100% only 1 neighbor with people living land County Property  allegedly County Purchase 75 acers to conspire to maliciously false arrest Adam in the last 4 months the Sheriff came to Adam Land 7 times to arrest Adam plea the 5th amendment right to Remain Silent the Sheriff point his gun at Adam and threaten to shoot Adam*

The Girl that Robbed Adam was on Security Cameras in Starbucks there was 3 Customers Total in Starbucks said they would give the video to Police if they Ask Fore it the Sargent said he would Order Ben Copper to get video and Ben

refuse to investigate it not typical fraud they Have in Grand Junction RESPOND Climax Uranium Mill Bank Robbers make Atm and Credit Cards quite working so people log into Bank Account before people are murdered to put Human Hearts in Climax Uranium. Placing Amazon Order declined Amazon Customer service transfer Phone Call to Federal Trade Commission and FBI agents said million dollars drug traffic Bank fraud FBI said not tell anyone take all money out bank and FBI would come pick it up indicate Bank Robbers live Close Buy Dial 911 Sheriff and Phone Call Grand Junction police give zero help

1st Day Colorado Robbed 100% all banking Quite Working imposable Build House Adam has no driver's license live 13 miles from town the Sheriff Come to arrest Adam 7 times and Sheriff Point His gun at Adam telling Adam to leave town Adam has zero heat this winter want spend zero Money with Police and sheriff run out town

Relief Requested Grand Junction District Court Judge to issue restraining order Grand Junction Police to quite Harassing Adam and District Court Judge Order Grand Junction Police Department to Give 1 million Dollars to Adam Strege had actual Injury had to quite working age 32 because harassment Police conspire to conceal Human Hearts in Climax Uranium Mill

Adam Filed 2009 Lawsuit and 17 years the Police harass Adam most every time go outside so its never safe to go outside rest life dying zero exercise 17 years Companies and Government start new building projects most every everywhere Adam goes so Adam Mom purchase Adam land by Zero Government and by extremely few House the Sheriff would Probably only drive by twice a year then County Purchase Gravel Pit and 75 acers beside Adam land so 95% People around Adam mite Be County workers 7 times the sheriff come to arrest Adam fore Contacting County workers because Adam campaign the County Issue Adam address in Austin CO and 100% all internet Said Adam address in Hotchkiss the county intentionally give Adam wrong address

Adam Strege v. Deutsche Hypotheken Bank Civil No. 09-1350 (DWF/RLE) November 6, 2009 Federal Judge Frank Donovan Dismiss claim preclusion so many time wrote the Hawaiian court understood Strege to have

alleged that the defendants were jointly responsible for (1) a conspiracy to conceal the murders of Representative Bob Nakasone and Congressman Paul Wellstone, . . .; (2) the September 11th terrorist attacks, . . .; (3) embezzlement and/or illegal profiting from the September 11th attacks and/or the Iraq or Afghanistan wars, . . .; (4) a "conspiracy to commit Genocide on the American people" by robbing them of their pensions, retirement funds, and life insurance, . . .; (5) causing Plaintiff's brain injury, . . .; (6) a conspiracy to murder Plaintiff, . . .; (7) firing Plaintiff and/or denying him employment and/or benefits due to his religion, disability, and/or his knowledge of the various conspiracies outlined in the Second Amended Complaint, . . .; (8) a conspiracy to give Group Builders all of the business on Maui, . . .; and (9) the Afghanistan and Iraq wars. Adam Lawsuit No. 09-1350

51 Years Adam Strege often live by Police Officer House trying to False arrest Adam Strefe because Adam Strege Dad former Federal Government Director Goden CO WAPA electric by Social Security and Billings MT WAPA in Social Security Building and Adam Step Mom the President United States Obama nominate Heart Land Grain Fuel Federal Farm Loans Building Huron SD Social Security while Adam mom 10 years 30 Hours a week sat at Hardees Hamburger with Kids that go in the storm Drain Tunnels Under Mankato Social Security Mall Land Purchased From Hubard Grain Mill Director Adam Grandpa and his neighbor Director Green Giant Food Cans and CHS ethanol grain fuel cannibalism

7 Years Adam lived at River House across Streat Old Steamboat Police Station Had Video Camera that View Front Door of River House Drug dealers visited by workers From all restaurants harmfully drug peoples food. Adam veery first Construction Job building Federal DEA Drug Task Force Small Office beside alley Johny B Good Restaurant Owner Brother Mike Lanng was Adam landlord sold Shipping Containers Cocaine with two Ski School Directors

Climax Uranium Mill by 3 verry nice Homeless Shelters let people stay forever there was 300 Homeless in Park Beside the Police Chief Shoe Maker Director Ronald McDonald Charity. Homeless Pore Farm Became Nazi Pow Camp became Manhattan Project Nuclear missile tailings in 5000 House Grand

Junction Colorado Climax Uranium mill by Bohannan-Huston make police websites and Radar Imaging McDonalds House White Sands Nuclear Missile Range was NAZI Pow Camp. Most all Colorado Homeless in Denver CO 10 Uranium Companies Like USA only 1 uranium Mill energy fuels Headquarters beside Homeless Housing and by Canada Headquarters McDonalds Hamburgers by Climax Uranium One Headquarters West Law Federal Law Books.

Adam lived in Grand Junction Apartment about 2 ½ Years the Police harass Adam when he go outside so Adam would only go outside once every 3 month only to get Groceries.    Revolutionary war Treaty Site France Headquarters McDonald's by Orano Uranium by Only 2 Homeless Shelters. 13 Prison Jail Canion City Uranium Mill Owner 80 Billion Restaurant investments. Federal Prison Farm Hanford Sits 56 Million Gallons Nuclear Waste.
2 Nuclear Reactors Under The World Trade Center 911 Attacks close all Germany Nuclear Rectors Founder Nazi Holocaust Gas Chambers EON Umicore USA Only Uranium enrichment owner Uranium Enrichment beside Netherland Prison Adam Strege about 40 Days Ago had Court Hearing in Las Cusses NM Court hearing Umicore Lawyer said even if Umicore puts human hearts in Nuclear Fuel it does not State a Claim.

Social security Most Used Security Guards Stratesec guard 911 World Trade Center Hamburg Germany Terrorist 911 United Airlines Guards Stratesec Headquarters 911 Terrorist Airport John Dulles director Hiroshima Atomic Bomb Dulles sister employer Social Security 2024 Director Father Pilot Hiroshima Airplane Bomb Sites Honeywell uninterruptible Autopilot 911 Airplanes & Owned Abbott Children Hospitals Kidnaping Elevators & Birth Doctors Schedulers neighbor Adam. Dulles Virginia VA Ecstech Engineer Computer Simulations ECS all Military Hospitals CHS Medicare Medicaid Aetna Prescription Drug CVS Pharmacy made most solders boots WW2. Experian Credit Burrow Healthcare & Aetna headquarters Hardees Hamburgers. Europe Largest Defense Contactor BAE headquarters Falls Church VA Army Service Appeals Court Social Security Appeals Court across World Largest Defense Contractor Lockheed Martin Social Security Case processing & Social Security data center Northrop Grumman Moab Bomb

General Dynamics Phone Systems Social Security. 911 Attacks Survivor & 1st Responders Heath Insurance GD General Dynamics murder all whiteness World most profitable spy organization Booz Hamilton Headquarters Dulles VA GD Headquarters Social Security Building Ligado Satellite communications Fortress Owned Vail 42 Ski Resorts. Lockheed Martin Headquarters Coventry Health Care Aetna founded Hartford Connecticut charter Hid in Oak Tree granted by Charles II hid Oak Tree after defeated birthplace industrial revolution Founder Cheshire cheese, Princess Diana World Largest Spine Hospital & 22 Movies Filmed Stoke Poges UK NAZI Bayer Alka-Seltzer & France 2nd Largest Servier Pharmaceutical by Headquarters URENCO United Kingdom 3 uranium enrichment Plants by Costco Grocery

Adam File Federal lawsuit Hardees Hamburger murder 2 Congressman and Hardees Put Human Hearts in 2 Nuclear Reactors under World Trade Center lawsuit about year later Adam never live in California just a Vacation the Ventura CA and UCSB Police murder drug and Beat up Adam each side of Hardees Hamburger old headquarters UCSB Police Chief Dustin Olson try murder Adam 30 times After 911 attacks all USA Nuclear security taken over by UC Regents California University Lawyers UCSB Police fly Airplane to kick in Adam door arrest Adam 7 days no charges filled released from Jaill Adam door left wide open 7 days had $10 Credit Card fraud so close all bank cards and Bank America send all new cards to Heroin Dealer bank robbers Address tell Bank America stop sending my bank cards to heroin dealers so bank send more cards to Heroin dealers because only 1 bank department can see wrong address so all customers can secretly have bank robbers address at Bank America Owned the Climax Uranium mill and Dustin Olsin became Police chief Colorado School Mines Climax Uranium Mill Miner Son Owner Colorado Sandoval Custom Creations DEA Dug Task Force Camera employee Chad Carpenter age 14 sold cocaine when he was Adam dad neighbor while a Police office move next door to Adam mom house

Bank America Owned Climax Uranium Mill and Bank America rob 100% all Adam money Adam Strege has no mail address please only Contact Adam at novoblue8@gmail.com  *Adam Strege*   1/28/2026

**EXHIBIT A**

The 10th Circuit Court Dismiss Adam lawsuit as Frivolous the DC Supreme Court twice transfer case to 10th Cir Court transfer to Grand Junction

Appellate Case: 21-1311    Document: 010110669967    Date Filed: 04/12/2022    Page:

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 12, 2022

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

RE: 21-1311, Strege v. Commissioner, SSA
Dist/Ag docket: 1:20-CV-03084-LTB

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's February 18, 2022 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Adam Strege